1046

No. 97–552. DOMINO'S PIZZA, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–559. RIDDER *v.* CITY OF SPRINGFIELD ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–564. SRS TECHNOLOGIES, INC. *v.* DEPARTMENT OF DEFENSE ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–568. HAPGOOD *v.* CITY OF WARREN. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 97–577. D. L. BAKER, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–580. SHAKESPEARE CO. *v.* SILSTAR CORPORATION OF AMERICA, INC. C. A. 4th Cir. Certiorari denied.

No. 97–584. COX *v.* GUILFORD COUNTY BOARD OF EDUCATION. C. A. 4th Cir. Certiorari denied.

No. 97–586. HARTMANN, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, HARTMANN ET VIR, ET AL. *v.* LOUDOUN COUNTY BOARD OF EDUCATION; and
No. 97–769. LOUDOUN COUNTY BOARD OF EDUCATION *v.* HARTMANN, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, HARTMANN ET VIR, ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 118 F. 3d 996.

No. 97–600. KRONBERG ET AL. *v.* CHICAGO TITLE INSURANCE CO. ET AL. App. Ct. Conn. Certiorari denied.

No. 97–603. BOWATER INC. AND SUBSIDIARIES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 97–607. MCCARRON *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF MERITOR SAVINGS BANK AND IN ITS OWN CAPACITY. C. A. 3d Cir. Certiorari denied.